## JOSEPH WEAVER
### v.
## ROBERT SMART

### 1807

#### JOURNAL ENTRIES

1. Demurrer overruled . . . . . . . *Journal, infra,* \*p. 94
2. Leave to amend . . . . . . . . . . " 105
3. Rule to answer . . . . . . . . . . " 118
4. Rule to answer . . . . . . . . . . " 128
5. Answer filed; rule to reply . . . . . . . " 135
6. Demurrer filed; joinder . . . . . . . . " 143

7. Agreement to submit without argument . . *Journal, infra,* \*p. 151
8. Demurrers overruled . . . . . . . . . " 156
9. Further answer filed . . . . . . . . . " 162
10. Replication filed . . . . . . . . . . " 167
11. Decree . . . . . . . . . . . . . " 185

### Papers in File

1. Bill of complaint and order . . . . . . . . *Printed in Vol. 2*
2. Summons, writ of injunction, and return . . . . . "
3. Injunction bond . . . . . . . . . . . "
4. Demurrer to bill of complaint . . . . . . . "
5. Amendment to bill of complaint . . . . . . "
6. Answer . . . . . . . . . . . . . "
7. Demurrer to answer; joinder . . . . . . . "
8. Further answer . . . . . . . . . . . "
9. Replication . . . . . . . . . . . . "
10. Copy of capias ad satisfaciendum (D.C.) . . . . . . . .
11. Costs in common pleas and district court . . . . . . . .
12. Memorandum of costs, judgment, etc. . . . . . . . .